# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TREVOR MATTIS,** <br> Petitioner, <br><br> v. <br><br> **DONALD T. VAUGHN,** <br> **THE DISTRICT ATTORNEY OF THE** <br> **COUNTY OF PHILA., and** <br> **THE ATTORNEY GENERAL OF THE** <br> **STATE OF PA.,** <br> Respondents. | **CIVIL ACTION** <br><br><br><br> **NO. 99-6533** |

## O R D E R

**AND NOW**, this 4th day of June, 2018, upon consideration of Request for Certificate of Appealability, filed by *pro se* petitioner, Trevor Mattis (Document No. 57, filed March 26, 2018), to appeal this Court's Order dated March 12, 2018 (Document No. 56), denying petitioner's Rule 60(b) Motion (Document No. 40, filed December 27, 2016), for the reasons stated in the accompanying Memorandum dated June 4, 2018, **IT IS ORDERED** that the Request for Certificate of Appealability, filed by *pro se* petitioner, Trevor Mattis, is **DENIED**. A certificate of appealability was not issued in this case, and will not be issued at this time, because reasonable jurists would not debate whether the habeas corpus petition or the Rule 60(b) Motion states a valid claim of the denial of a constitutional right or the propriety of this Court's procedural rulings with respect to *pro se* petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

/s/ Hon. Jan E. DuBois
_____
**DuBOIS, JAN E., J.**